```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/8/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARING INDUSTRIES, INC.,

                Plaintiff,

-against-

JARED ROSEN, INDIVIDUALLY, and
MICHAEL J. NOONAN, INDIVIDUALLY,

                Defendants.

24 Civ. 5606 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court is in receipt of the parties' joint letter and proposed case management plan. ECF Nos. 19, 19-1. In their proposed plan, the parties request 180 days to conduct fact discovery and an additional six weeks to conduct expert discovery. ECF No. 19-1 ¶¶ 5–7. However, in their letter, the parties do not explain what "unique complexities" or "exceptional circumstances" justify a fact discovery period exceeding 120 days. *See* Model Civil Case Management Plan and Scheduling Order ¶ 5. Accordingly, by **November 15, 2024**, the parties shall submit a revised case management plan explaining what circumstances justify an extended discovery period. If no such circumstances exist, the parties shall propose a case management plan with revised fact and expert discovery deadlines by that same date.

       SO ORDERED.

Dated: November 8, 2024
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge