```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARING INDUSTRIES, INC.,

                Plaintiff,

-against-

JARED ROSEN, INDIVIDUALLY, and
MICHAEL J. NOONAN, INDIVIDUALLY,

                Defendants.

24 Civ. 5606 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' letters dated November 4 and November 12, 2024. ECF Nos. 18, 22. Accordingly:

1. Defendants' request to file a motion to dismiss is GRANTED;
2. By **December 12, 2024**, Defendants shall file their motion;
3. By **December 31, 2024**, Plaintiff shall file its opposition papers; and
4. By **January 10, 2025**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: November 14, 2024
       New York, New York

                                          ANALISA TORRES
                                    United States District Judge