```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/7/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARING INDUSTRIES, INC.,

                Plaintiff,

-against-

JARED ROSEN, INDIVIDUALLY, and
MICHAEL J. NOONAN, INDIVIDUALLY,

                Defendants.

24 Civ. 5606 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's letter requesting leave to file a motion to strike Defendants' affirmative defenses, ECF No. 38, Defendants' letter in opposition, ECF No. 42, and Plaintiff's motion for leave to file an amended complaint, ECF No. 43. By **April 11, 2025**, Defendants shall file their opposition, if any, to Plaintiff's motion to file an amended complaint. If Defendants object, Plaintiff's reply, if any, is due by **April 14, 2025**. Plaintiff's request for leave to file a motion to strike is held in abeyance pending the Court's decision on its motion to amend.

    SO ORDERED.

Dated: April 7, 2025
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge