UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARING INDUSTRIES, INC.,

                    Plaintiff,

        -against-

JARED ROSEN, individually, and MICHAEL J.
NOONAN, individually,

                    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/9/2025_
```

24 Civ. 5606 (AT) (SN)

**ORDER**

ANALISA TORRES, District Judge:

      By order dated July 2, 2025, the Court referred this matter to the Honorable Sarah Netburn for general pretrial management. ECF No. 60. Accordingly, the case management conference scheduled before the undersigned for August 18, 2025, *see* ECF No. 40, is ADJOURNED *sine die*.

      SO ORDERED.

Dated: July 9, 2025
      New York, New York

ANALISA TORRES
United States District Judge