UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BARING INDUSTRIES, INC.,

                Plaintiff,

      -against-

JARED ROSEN, et al.,

               Defendants.

------------------------------------------------------------X

24-CV-05606 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      On September 18, 2025, Plaintiff filed a status update on the meet and confer process regarding Defendants' 30(b)(6) Deposition Notice. Plaintiff notes in their letter that Defendants' Amended 30(b)(6) Notice is attached as an exhibit, however, it appears that the attachment was inadvertently left out. Plaintiff is directed to file the Amended 30(b)(6) Notice by no later than Thursday, September 25, 2025.

      Further, a discovery conference to discuss the issues raised by the parties (and any subsequent issues raised this week) is scheduled for Tuesday, September 30, 2025, at 4:00 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw immediately at (212) 805-0286.

SO ORDERED.

SARAH NETBURN
United States Magistrate Judge

DATED:    September 22, 2025
                New York, New York