UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BARING INDUSTRIES, INC.,

                        Plaintiff,

       -against-

JARED ROSEN, et al.,

                      Defendants.

------------------------------------------------------------------X

24-CV-05606 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      A discovery conference to discuss the issues raised by the parties in their recent letter submissions is scheduled for Wednesday, November 5, 2025, at 3:00 p.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw immediately at Diljah_Shaw@nysd.uscourts.gov.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    October 31, 2025
              New York, New York