UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

BARING INDUSTRIES, INC.,

                Plaintiff,

    -against-

JARED ROSEN, et al.,

               Defendants.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2025

24-CV-05606 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    Pursuant to this Court's October 27, 2025 Order (ECF No. 124), the parties filed supplemental letters regarding outstanding discovery disputes following the meet and confer process. ECF Nos. 125, 126, and 128. After considering the parties' submissions, the Court makes the following rulings:

    The Court previously struck one of Defendants' Rule 30(b)(6) Notice topics but ordered that "Defendants are permitted to seek information specifically regarding any tax write-offs or deductions through written discovery requests." ECF No. 115. Plaintiff did not move for reconsideration. Plaintiff's objection to Defendants' related discovery demand is thus not in good faith, and Plaintiff is ORDERED to comply with this Court's prior Order by producing an amended response and/or any responsive documents to this request by no later than Wednesday, November 12, 2025.

    Plaintiff is precluded from seeking damages based on the forfeited DaDong contract balance of $320,356.94. Plaintiff is ORDERED to provide Defendants with a more detailed

damages assessment regarding any "continuing legal fees" (as referenced in Defendants' Contention Interrogatory No. 12(f)) by no later than Wednesday, November 12, 2025.

Based on Plaintiff's response to Defendants' Contention Interrogatory No. 10, the Court finds that the alleged last day of work performed included in Baring's mechanic's lien is July 18, 2018. Accordingly, Plaintiff is precluded from arguing any other date as the last day of work performed in relation to the DaDong project.

Plaintiff indicated in their letter submissions that Defense counsel represented that they would be amending their responses to multiple contention interrogatories. Defendants are ORDERED to amend and/or supplement any responses to Plaintiff's Contention Interrogatories by no later than 10:00 a.m. on Wednesday, November 5, 2025. Defendants shall file a copy of any amended interrogatory responses with the Court. The Court will address these outstanding issues at the November 5 conference.

Finally, Plaintiff is ORDERED to serve its expert disclosures by no later than Wednesday, November 12, 2025, and Defendants are ORDERED to serve their expert disclosures by no later than Wednesday, November 19, 2025. The expert discovery deadline is extended to Friday, December 12, 2025. The deadline for any pre-motion letters relating to any motions for summary judgment is extended to Wednesday, December 24, 2025.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   November 4, 2025
         New York, New York