UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BARING INDUSTRIES, INC.,

                **Plaintiff,**

      -against-

JARED ROSEN, et al.,

                **Defendants.**

-----------------------------------------------------------------X

24-CV-05606 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The parties appeared for a remote discovery conference on November 20, 2025. As discussed during the conference, Plaintiff's motion for reconsideration of the Court's November 4, 2025 Order (the "Order") is GRANTED in part and DENIED in part. The portion of the Order that precludes Plaintiff "from arguing any other date [than July 18, 2018,] as the last day of work performed in relation to the DaDong project" is stricken. That part of the Order that "finds that the alleged last day of work performed included in Baring's mechanic's lien is July 18, 2018," shall stand.

      The Clerk of Court is respectfully requested to terminate the motion at ECF No. 134.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    November 20, 2025
              New York, New York