UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BARING INDUSTRIES, INC.,

                        Plaintiff,

        -against-

JARED ROSEN, et al.,

                        Defendants.

------------------------------------------------------------X

24-CV-05606 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      The Court has confirmed that its Mediation Program has mediators with expertise in lien law that can be requested. Accordingly, the parties are directed to meet and confer to discuss whether they would like to proceed with the Court Mediation Program. By no later than Tuesday, November 25, 2025, the parties shall file a joint letter informing the Court whether they wish to be referred for the Mediation Program and assigned a mediator with expertise in lien law.

**SO ORDERED.**

                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:     November 20, 2025
                New York, New York