UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BARING INDUSTRIES, INC.,

                            Plaintiff,                                    24-CV-05606 (AT)(SN)

            -against-                                                    **ORDER**

JARED ROSEN, et al.,

                            Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

On December 15, 2025, Plaintiff filed a letter motion requesting the Court to preclude Defendants from pursuing a new defense theory or, in the alternative, granting leave to amend its answer to Contention Interrogatory No. 10. ECF No. 158. Defendants may submit a response letter of no more than three pages by Friday, December 19, 2025.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        December 17, 2025
              New York, New York