UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARING INDUSTRIES, INC.,

                              Plaintiff,

              -against-

JARED ROSEN, individually, and MICHAEL J.
NOONAN, individually,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/10/2026_____

24 Civ. 5606 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiff's pre-motion letter seeking leave to file a summary judgment motion and strike Defendants' affirmative defenses, ECF Nos. 167, 168, Defendants' pre-motion letter seeking leave to file a cross-summary judgment motion, ECF No. 169, and each parties' response letters, ECF Nos. 170 (also including Defendants' opposition to Plaintiff's pre-motion regarding Plaintiff's anticipated motion to strike), 171 (Plaintiffs' opposition to Defendants' pre-motion letter regarding Defendants' anticipated cross-motion for summary judgment). The motions for leave for Plaintiff to file a motion to strike and the parties to file their cross-motions for summary judgment are GRANTED. The word count for each motion shall be in accordance with Rule III(D) of the undersigned's Individual Practices in Civil Cases.

Accordingly, the parties shall file their briefing regarding Plaintiff's motion to strike as follows:

1. By **March 9, 2026**, Plaintiff shall file its motion to strike.
2. By **April 6, 2026**, Defendants shall file their opposition.
3. By **April 27, 2026**, Plaintiff shall file its reply, if any.

The parties shall file their briefing regarding the parties' cross-motions for summary judgment as follows:

1. By **March 16, 2026**, the parties shall file their cross-motions for summary judgment in accordance with Rule III(C) of the undersigned's Individual Practices in Civil Cases.
2. By **April 20, 2026**, the parties shall file their oppositions to the cross-motions for summary judgment.
3. By **May 11, 2026**, the parties shall file their replies to the cross-motions, if any.

SO ORDERED.

Dated: February 10, 2026
        New York, New York

ANALISA TORRES
United States District Judge