USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**BARING INDUSTRIES, INC.,**

**Plaintiff,**

**-against-**

**JARED ROSEN, et al.,**

**Defendants.**

---------------------------------------------------------------X

**24-CV-05606 (AT)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

At the Court's request, the Mediation Program reached out to the parties to inquire whether they wanted to schedule another mediation session. The Court was informed that the parties failed to respond to the Mediation Program's inquiry. By no later than Friday, August 14, 2026, the parties are ORDERED to file a joint letter informing the Court whether they would like to participate in another mediation session or a settlement conference with the Court.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: August 10, 2026
New York, New York